HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOM O'HAVER and MARY O'HAVER,<br><br>Plaintiffs,<br><br>v.<br><br>BAC HOME LOAN SERVICING LP; RECONTRUST COMPANY; and THE BANK OF NEW YORK MELLON NA,<br><br>Defendants. | Case No. C11-5566RBL<br><br>ORDER OF DISMISSAL |

On November 16, 2011, this Court ordered plaintiffs to show cause by December 6, 2011, why they failed to serve and otherwise prosecute this action against the above-named defendants. The plaintiffs' response filed on December 5, 2011, does not do so. Now, therefore, it is hereby

**ORDERED** that the complaint is hereby **DISMISSED** without prejudice under Rule 4(m) and pursuant to Notice given by the Court in the Order to Show Cause [Dkt. #4].

The Clerk of this Court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 13th day of December, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE