1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOM O'HAVER and MARY O'HAVER,

Plaintiffs,

v.

BAC HOME LOAN SERVICING LP;
RECONTRUST COMPANY; and THE
BANK OF NEW YORK MELLON NA,

Defendants.

Case No. C11-5566RBL

ORDER OF DISMISSAL

15      On November 16, 2011, this Court ordered plaintiffs to show cause by December 6, 2011, why

16 they failed to serve and otherwise prosecute this action against the above-named defendants.  The

17 plaintiffs' response filed on December 5, 2011, does not do so.  Now, therefore, it is hereby

18      **ORDERED** that the complaint is hereby **DISMISSED** without prejudice under Rule 4(m) and

19 pursuant to Notice given by the Court in the Order to Show Cause [Dkt. #4].

20      The Clerk of this Court is instructed to send uncertified copies of this Order to all counsel of

21 record.

22      DATED this 13th day of December, 2011.

23
24
25
                                    _____
26                                   RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE
27
28